Carolyn A. MILLER, Petitioner,

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 2006–3169.

United States Court of Appeals, Federal Circuit.

March 7, 2006.

Carolyn A. Miller, pro se.

ORDER

A petition for review of an initial decision of the Merit Systems Protection Board having been docketed in this court, and it appearing that the petitioner has also sought review before the board, and it appearing that the initial decision of the board will not become a final decision, it is

ORDERED that the petition for review be, and it hereby is, DISMISSED, without prejudice to the subsequent filing of a petition for review after the board has again acted in the case.

Louis J. DE MAIO, Petitioner,

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 06–3137.

United States Court of Appeals, Federal Circuit.

March 7, 2006.

Louis J. De Maio, pro se.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.